IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY HORTON,

    Plaintiff,

v.

HSBC BANK USA, N.A., et al

    Defendants.
_____/

CIVIL ACTION NO.
1:11-CV-3210-TWT-LTW

## PLAINTIFF'S MOTION FOR A DIRECTIVE ORDER AND ACCOMPANYING MEMORANDUM IN SUPPORT

COMES NOW Plaintiff Jeffrey Horton ("Plaintiff"), proceeding pro se, pursuant to Civil Local Rule 11.1 as to counsel identification, and moves this Honorable Court for an Order prohibiting opposing counsel from contacting Plaintiff by any means other than individuals listed as counsel of record.

### I. ISSUE

On numerous occasions, counsel for various Defendants have contacted Plaintiff by telephone claiming to wish to discuss the matter of this Complaint, however some have not properly identified themselves. There are currently five (5) attorneys on the record listed as counsel for the defense, yet until recently there were as many as 9 – 11 individuals listed in CM/ECF to be noticed electronically as to the receipt of new filings, case access, updates, etc. Other than those currently

listed, neither were properly registered as counsel of record, nor were they identified by anything other than an email address. This in addition to the indeterminable number of individual members of each Defendants' legal department and in-house counsel, who though not required to identify themselves in this Court, are surely monitoring these proceedings and seeking to gain an advantage over Plaintiff which will allow the Defendants to avoid accountability for the acts of gross negligence outlined in Plaintiff's Amended Complaint [26].

For example, counsel for Defendant Bluestem Brands, Inc. d/b/a Fingerhut Companies, Inc., Mary M. "Peggy" Brockington contacted Plaintiff on July 17, 2012, stating "...I also have Mr. Poole on the line." Plaintiff has no way of knowing with any certainty <u>who</u> this individual is. Similarly, on November 27, 2011 Katrina Dannheim Chisholm contacted Plaintiff by telephone at the direction of counsel for Defendant HSBC Bank USA, N.A., Alan D. Leeth. Plaintiff also has no way of confirming the identity of this individual. By her own admission, Ms. Chisholm is only admitted to practice in Mississippi and Louisiana and would seem prohibited from having anything to do with this matter.

Plaintiff contends that it is unduly burdensome to have to keep track of who he is communicating with when the individuals have not been properly identified. Plaintiff simply seeks to keep a level playing field as it pertains to these proceedings and prevent Defendants and counsel from engaging in the type of tomfoolery and strategic misdirection they have previously demonstrated.

## II. SOLUTION

Pursuant to Civil Local Rule 11.1, "**Counsel's name, complete address (including post office box or drawer number and street address), telephone number, facsimile number and Georgia Bar number shall appear on <u>every pleading and other paper presented for filing</u>**."

WHEREFORE, in the same spirit, Plaintiff moves this Court to enter an Order which, 1) prohibits opposing counsel from dispatching unidentified surrogates to confuse and/or misdirect Plaintiff, 2) directs each Defendant and respective counsel to contact Plaintiff by way of counsel of record only, and 3) instructs opposing counsel that if it wishes to have an individual contact Plaintiff, it should register said individual on this Courts' record before contacting Plaintiff, or obtain Plaintiff's consent prior to making such contact. Plaintiff further seeks all such other relief as the Court deems just and appropriate.

DATED this 19th day of July, 2012.

Respectfully submitted,

_____
Jeffrey Horton, <u>pro se</u>
2890 Hwy 212 SW, Apt A-206
Conyers, Georgia 90094
Phone 404-551-0880
square360@gmail.com

# CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I, Jeffrey Horton, <u>pro se</u> Plaintiff, certify that I have served copies of the foregoing **Motion for A Directive Order As to Opposing Counsel's Method of Contact** by regular U.S. mail to each of the above named defendants via its registered agent and/or counsel of record, on this ____20____ day of ____July____, 2012.

_____
Jeffrey Horton, pro se
2890 Hwy 212 SW, Apt A-206
Conyers, Georgia 90094
Phone 404-551-0880
square360@gmail.com


STATE OF GEORGIA

COUNTY OF __Rockdale__

BEFORE ME personally appeared Jeffrey Horton who, being by me first duly sworn and identified in accordance with Georgia law, did execute the foregoing in my presence this __20th__ day of __July__ 2012.

_____
Notary Public

My commission expires:



4