IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY HORTON,

   Plaintiff,

    v.

HSBC BANK, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3210-TWT

## ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending that the Defendants' Motions to Dismiss [Doc. 16, 21 & 33] be denied as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motions to Dismiss [Doc. 16, 21 & 33] are DENIED as moot.

SO ORDERED, this 4 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge