ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 08 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY HORTON, pro se<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., et al<br><br>Defendants.<br>_____ / | CIVIL ACTION NO.<br>1:11-CV-03210-TWT-LTW<br><br>**Addendum to Plaintiff's Motion to Add WebBank and Capital One as Party Defendants** |

## ADDENDUM TO PLAINTIFF'S MOTION TO ADD PARTY DEFENDANTS

Plaintiff, Jeffrey Horton ("Plaintiff"), proceeding pro se, hereby files this addendum to his Motion to Add Party Defendants [Doc. 107, 115], which is currently pending, and shows as follows:

On Oct 17, 2012, Plaintiff moved to add WebBank and its officers[1], jointly and severally, to this complaint due to information that had come to light in regard of fraudulent account information being reported to the three (3) major credit reporting agencies in his name by WebBank. [Doc. 107]. The invalid information was "sold or transferred" to WebBank by Defendant Fingerhut, which Plaintiff was made aware of sometime in October. It was subsequently brought to Plaintiff's attention that Capital One had begun to report fraudulent account

---
[1] Kelly Barnett, Mark Howard

information in his name in a similar manner to the CRA's. On Nov 13, Plaintiff further moved to add Capital One to his complaint accordingly in his support brief [Doc. 115]; naming Capital One Financial Corporation and its officers[2], jointly and severally. It has since come to Plaintiff's attention that the fraudulent information in question is being circulated and reported interchangeably among three (3) Capital One entities: Capital One Financial Corporation , Capital One Bank (USA), National Association, and Capital One Services, LLC.

In accord, Plaintiff seeks to have this addendum serve to add Capital One Bank (USA), National Association[3] and Capital One Services, LLC, and its' officers, jointly and severally, to his Motion [Doc. 107, 115] adding each to this complaint as party defendants.

Dated: May 8, 2013.

Respectfully submitted,

_____
Jeffrey Horton, pro se
2890 Hwy 212 SW, Apt A-206
Conyers, Georgia 30094
Phone 770-807-4787
square360@gmail.com

---

[2] Richard Fairbank, Nigel Morris
[3] Lynn A. Pike

# CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I, Jeffrey Horton, pro se plaintiff, certify that I have served copies of the foregoing electrically or by regular U.S. mail, with first-class postage affixed thereto, to each of the named Defendants via its' registered agent and/or counsel of record, on this 8 day of May, 20 13.

Jeffrey Horton, pro se
2890 Hwy 212 SW, Apt A-206
Conyers, Georgia 30094
Phone 770-807-4787
square360@gmail.com

STATE OF GEORGIA
COUNTY OF Rockdale

BEFORE ME personally appeared Jeffrey Horton who, being by me first duly sworn and identified in accordance with Georgia law, did execute the foregoing in my presence this 8 day of May 20 13.

Juanita B Mitchell
Notary Public

My commission expires: 12/6/2015

1